# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BEVERLY SMITH

VERSUS

CITADEL INSURANCE COMPANY AS
SUCCESSOR TO GRAMERCY
INSURANCE COMPANY AND GOAUTO
INSURANCE COMPANY

NO.   2019 CW 0097

**AUG 0 5 2019**

---

In Re:    Beverly Smith, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 656121.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMM**

**WRC**

**Theriot, J.,** dissents and would issue an interim order requiring the district court to provide this court with the unredacted documents that the Defendants provided to it for an in camera review and were placed under seal in the record, along with the redacted documents also placed in the record.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT